NICHOLAS A. TRUTANICH
United States Attorney
Nevada Bar Number 13644
PENELOPE J. BRADY
Assistant United States Attorney
400 South Virginia Street, Suite 900
Reno, Nevada 89501
775-784-5438
penelope.brady@usdoj.gov

*Attorneys for the United States of America*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>David Avalos-Reyes,<br>a/k/a Manuel Avalos-Reyes,<br>a/k/a Juan German Ferrer,<br>a/k/a David Reyes,<br><br>　　　　　　Defendant. | 3:19-CR-00047-MMD-CBC<br><br>**Government's Motion to Dismiss the Indictment Without Prejudice** |

　　　　The Indictment in this case charges Defendant David Avalos-Reyes, a/k/a Manuel Avalos-Reyes, a/k/a Juan German Ferrer, a/k/a David Reyes, with violating 8 U.S.C. § 1326. On October 28, 2019, the Court ordered Defendant released under the Bail Reform Act, and the Defendant was transferred into the custody of U.S. Immigration and Customs Enforcement. The defendant was removed from the country on November 1, 2019.

/ / /

/ / /

/ / /

/ / /

Pursuant to Federal Rule of Criminal Procedure 48(a), the government hereby moves for leave of Court to dismiss the Indictment without prejudice.

Respectfully submitted this 7th day of November, 2019.

NICHOLAS A. TRUTANICH
United States Attorney

*/s/ Penelope J. Brady*
PENELOPE J. BRADY
Assistant United States Attorney

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| United States of America<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>David Avalos-Reyes,<br>a/k/a Manuel Avalos-Reyes,<br>a/k/a Juan German Ferrer,<br>a/k/a David Reyes,<br><br>　　　　　　Defendant. | 3:19-CR-00047-MMD-CBC<br><br>**Order Granting Motion to Dismiss the Indictment Without Prejudice** |

Pursuant to Federal Rule of Criminal Procedure 48(a), and upon leave of Court, the United States hereby dismisses without prejudice the Indictment against Defendant David Avalos-Reyes, a/k/a Manuel Avalos-Reyes, a/k/a Juan German Ferrer, a/k/a David Reyes.

　　　　　　　　　　　　　　　　　　NICHOLAS A. TRUTANICH
　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　　/s/ Penelope J. Brady
　　　　　　　　　　　　　　　　　　PENELOPE J. BRADY
　　　　　　　　　　　　　　　　　　Assistant United States Attorney

Leave of Court is granted for the filing of the above dismissal.

DATED this __12th__ day of __November__, 2019.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　CHIEF JUDGE MIRANDA M. DU
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT
　　　　　　　　　　　　　　　　　　DISTRICT OF NEVADA

## CERTIFICATE OF SERVICE

It is hereby certified that pursuant to LCR 47-4 service of the foregoing **GOVERNMENT'S MOTION TO DISMISS THE INDICTMENT WITHOUT PREJUDICE** made through the Court's electronic filing and notice system (CM/ECF) addressed to the following:

Kate Berry, Assistant Federal Public Defender
Kate_Berry@fd.org

                                             */s/Penelope J. Brady*
                                             PENELOPE J. BRADY
                                             Assistant United States Attorney